| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Higginbotham, Patrick E. | 2. Court or Organization<br><br>U.S. Court of Appeals, Fifth | 3. Date of Report<br><br>08/20/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Senior Judge) | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>755 E. Mulberry, Suite 350<br>San Antonio, TX 78212 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Overseers | Rand - Institute for Civil Justice |
| 2. | Trustee | The Center for American and International Law |
| 3. | Independent Executor | The Estate of Elizabeth A. Higginbotham |
| 4. | Member, Research Advisory Committee | RAND National Collaborative on Gun Violence Research |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higginbotham, Patrick E. | 08/20/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | St. Mary's University | $93,385.96 |
| 2. | 2018 | Matthew Bender & Co., Inc. | $3,392.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | St. Mary's University | July 13 - August 3 | Innsbruck Austria | Teaching | Per Diem Expense Payment & Travel Reimbursement |
| 2. | RAND Corporation | March 15 - March 16 | Santa Monica, CA | Civic Activity | Transportation, Lodging, and Meals |
| 3. | Court (Judiciary) | May 23 - May 25 | Austin, TX | Circuit Judicial Conference | Transportation, Lodging, and Meals |
| 4. | Court (Judiciary) | November 9 | New Orleans, LA | Court Meeting | Transportation, Lodging, and Meals |
| 5. | RAND Corporation | November 11 - November 13 | Washington, DC | Civic Activity | Transportation, Lodging, and Meals |
| 6. | Court (Judiciary) | December 14 | Austin, TX | Court Meeting | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Higginbotham, Patrick E. | 08/20/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higginbotham, Patrick E. | 08/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New York Life Insurance Policy Company (Whole Life Policy) | A | Interest | K | T | | | | | |
| 2. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 3. Comcast Common Stock | A | Dividend | J | T | | | | | |
| 4. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 5. Frontier Communications Common Stock | A | Distribution | J | T | | | | | |
| 6. Virtus Strategic Growth Fund A | A | Dividend | J | T | | | | | |
| 7. Virtus Strategic Growth Fund A | D | Distribution | J | T | | | | | |
| 8. Capital One Bank Account | A | Interest | M | T | | | | | |
| 9. Maricopa Co AZ Queen Creek Unified School District No. 95 Improve Bond | A | Interest | | | Redeemed | 07/02/18 | J | A | |
| 10. Blackrock Global Allocation FD Inc C | D | Distribution | M | T | | | | | |
| 11. Duke Energy Corp | B | Dividend | K | T | | | | | |
| 12. Exxon Mobil Corp | D | Dividend | M | T | | | | | |
| 13. Pimco Total Refund FD CL A | A | Dividend | K | T | | | | | |
| 14. Coca Cola | C | Dividend | L | T | | | | | |
| 15. Delta Air Line | A | Dividend | J | T | | | | | |
| 16. Spectra Energy Corp | | None | | | Merged (with line 17) | 12/17/18 | J | | |
| 17. Enbridge Inc | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higginbotham, Patrick E. | 08/20/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Senior Income Trust | A | Dividend | J | T | | | | | |
| 19. Pioneer High Yield Fund Cl A | A | Dividend | K | T | | | | | |
| 20. Trust #2 - Royalty (Tulsa, OK) | A | Royalty | J | W | | | | | |
| 21. Royalty Trust (Tulsa, OK) | A | Royalty | J | W | | | | | |
| 22. Rental Property (Austin, TX) | D | Rent | M | W | | | | | |
| 23. Land (Blanc, TX) | | None | N | T | | | | | |
| 24. Merrill Lynch Bank U.S.A. | | None | L | T | | | | | |
| 25. Merrill Lynch Bank & Trust | B | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higginbotham, Patrick E. | 08/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Higginbotham, Patrick E. | 08/20/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patrick E. Higginbotham**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544